IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | No. 4:17-CR-171-O |
| MATTHEW ALAN PRICE   (01) | |

## FACTUAL RESUME

PLEA:

    Count One:   Maintaining a Drug Involved Premises (methamphetamine) (in violation of 21 U.S.C. § 856(a)(1))

Penalties:   The penalties the Court can impose include:

    a.   imprisonment for a period of not more than 20 years;

    b.   a fine not to exceed $500,000, or twice any pecuniary gain to the defendant;

    c.   a term of supervised release not to exceed 3 years, which must follow any term of imprisonment.  If Defendant violates the conditions of supervised release, he could be imprisoned for the entire term of supervised release;

    d.   a mandatory special assessment of $100;

    e.   restitution to victims or to the community, which may be mandatory under the law, and which Defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone; and

    f.   costs of incarceration and supervision.

ESSENTIAL ELEMENTS OF THE OFFENSES:

    To establish the offense alleged in the Information, the Government must prove the following element(s) beyond a reasonable doubt:

That the defendant knowingly used any place, permanently or temporarily, for the purpose of distributing or using any controlled substance.

STIPULATED FACTS:

Since in or before January 2014 and continuing ~~until~~ in through 9/28/15 CH ~~or around January 2016~~, Matthew Price has allowed others, such as David Haagensen, Mandy Turner, and Brian Brown to conduct methamphetamine-transactions at his residence, xxxx Western Avenue, Fort Worth, Texas.   In exchange, Matthew Price received personal use amounts of methamphetamine.   Sometimes, Matthew Price would not be aware of the actual amounts of methamphetamine being bought and sold at his residence by David Haagensen, Mandy Turner, and Brian Brown.   Therefore, Matthew Price, David Haagensen, Mandy Turner, and Brian Brown used Matthew Price's residence, located at xxxx Western Avenue, Fort Worth, Texas, for the purpose of distributing methamphetamine.

SIGNED on this __12__ day of __September__, 2017.

_____       _____
MATTHEW ALAN PRICE                    CAROLYN HILL
Defendant                             Attorney for Defendant